| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | Brand Marinade LLC | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-0691776 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 4800 N Federal Hwy, Suite B200 <br><br> Boca Raton, FL 33431 <br> Number, Street, City, State & ZIP Code <br><br> Palm Beach <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 1785 Timothy Dr. Suite 5 San Leandro, CA 94577 <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.brandmarinade.com | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

| Debtor | Brand Marinade LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>3231</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check* ***all*** *that apply:*

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

| Debtor | Brand Marinade LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Brand Marinade LLC                                                    Case number (*if known*) _____
_____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 7, 2023___
              MM / DD / YYYY

**X** /s/  Jeremy Castro                                    Jeremy Castro
_____         _____
Signature of authorized representative of debtor         Printed name

Title ___CEO_____

**18. Signature of attorney**

**X** /s/ Malinda Hayes                                    Date ___April 7, 2023___
_____                    MM / DD / YYYY
Signature of attorney for debtor

Malinda Hayes 0073503
_____
Printed name

Law Offices of Malinda L Hayes
_____
Firm name

378 Northlake Blvd Suite 218
North Palm Beach, FL 33408
_____
Number, Street, City, State & ZIP Code

Contact phone   (561) 537-3796        Email address   malinda@mlhlawoffices.com

0073503 FL
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Brand Marinade LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 7, 2023     **X** /s/   Jeremy Castro
                                           Signature of individual signing on behalf of debtor

                                           Jeremy Castro
                                           Printed name

                                           CEO
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Brand Marinade LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981535 El Paso, TX 79998 | 8005216121 | Credit card purchases | | | | $61,233.00 |
| American Express P.O. Box 981535 El Paso, TX 79998 | 8005216121 | Credit card purchases | | | | $22,502.00 |
| American Express P.O. Box 981535 El Paso, TX 79998 | 8005216121 | Credit card purchases | | | | $12,055.00 |
| Blue Vine 401 Warren Street Redwood City, CA 94063 | Musyoka Mbithi musyoka.mbithi@bluevine.com 6503000929 | Line of Credit | Disputed | $10,000.00 | $0.00 | $10,000.00 |
| CALIFORNIA DEPT OF TAX AND FEE ADMIN 1515 Clay St. Ste 303 Oakland, CA 94612 | Hing Hom 5109061574 | Sales Tax | | | | $158,332.35 |
| California Franchise Tax Board PO Box 942857 Sacramento, CA 94257 | | Franchise Tax | | | | $6,800.00 |
| Celtic Bank 268 South State Street, Suite 300 Salt Lake City, UT 84111 | help@celticbank.com 8013636500 | Merchant Advance | Disputed | $185,000.00 | $0.00 | $185,000.00 |
| Chase Ink Cardmember Services PO Box 15298 Wilmington, DE 19850 | 8009452028 | Credit card purchases | | | | $37,400.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Brand Marinade LLC | | Case number (if known) | |
|--------|--------------------|--|------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Comcast 1701 JFK BLvd. Philadelphia, PA 19103 | | Services | Disputed | | | $432.54 |
| Copyworld 1375 University Ave. Berkeley, CA 94702 | | Inventory | | | | $2,500.00 |
| CT Corporation System, as Representative 330 N Brand Blvd. Ste 700 Attn: SPRS Glendale, CA 91203 | | | Contingent Unliquidated Disputed | Unknown | $0.00 | $0.00 |
| First Citizens Bank Equipment Finance 155 Commerce Way Portsmouth, NH 03801 | Deborah Sheehan Deborah.Sheehan@cit.com 6033731330 | Equipment Finance: Folding Machine - Automatic LS-350 | Disputed | $101,000.00 | $65,000.00 | $36,000.00 |
| Pie Insurance Company PO Box 800 Oak Ridge, TN 37830 | | Worker's Comp Audit | | | | $5,499.00 |
| Retail Capital LLC, dba Credibly 155 Commerce Way Portsmouth, NH 03801 | Austin Miller, Esq. amiller@retailcapital.com 4804986853 | Merchant Advance | Disputed | | | $189,000.00 |
| Sanmar 22833 SE Black Nugget Rd, Suite 130 Issaquah, WA 98029 | | Trade debt | | | | $8,297.00 |
| Swift Financial, LLC 3505 Silverside Rd Wilmington, DE 19810 | Fredie Jara fredie.jara@loanbuilder.com 8003475626 | Merchant Advance | Disputed | $127,000.00 | $0.00 | $127,000.00 |
| The Apparel Source Inc. 2993 Teagarden Street San Leandro, CA 94577 | | Trade debt | | | | $10,823.51 |
| U.S. Small Business Administration CESC - Covid EIDL Service Center 14925 Kingsport Rd. Fort Worth, TX 76155 | ElPasoDLSC@sba.gov | EIDL Loan | Disputed | $62,600.00 | $0.00 | $62,600.00 |
| Uline Shipping Supplies PO Box 88741 Chicago, IL 60680 | | Trade debt | | | | $2,522.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Brand Marinade LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UPS Supply Chain Solutions, Inc. 28013 Network Place Chicago, IL 60673 | | services | | | | $4,346.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Brand Marinade LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................ $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $      597,096.31

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................... $      597,096.31

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      1,259,010.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $      165,132.35

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      167,610.05

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b      $      1,591,752.40

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name     Brand Marinade LLC

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.        **Cash on hand** | $2,295.27 |

**3.        Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JP Morgan Chase Bank N.A. | Checking | 8801 | $27,142.62 |
| 3.2. | JP MORGAN CHASE BANK, N.A. | Checking | 5699 | $0.00 |
| 3.3. | JP MORGAN CHASE BANK, N.A. | Checking | 5061 | $13,427.07 |
| 3.4. | JP MORGAN CHASE BANK, N.A. | Checking | 5988 | $0.00 |
| 3.5. | JP MORGAN CHASE BANK, N.A. | Checking | 6176 | $0.00 |
| 3.6. | City National Bank | Checking | 5449 | $0.00 |

| Debtor | Brand Marinade LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | 3.7. | Umpquoa | Checking | 3013 | $0.00 |
|---|---|---|---|---|---|

| | 3.8. | Paypal | Other financial account | NA | $58.60 |
|---|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$42,923.56

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   Lease Security Deposits held by Weaver Property Management, landlord for Unit #4, 5 and 6                $8,000.00

7.2.   Deposit for warehouse storage at 1789 Timothy Drive.                $1,200.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.   Royalty advance under license agreement with Trunk Productions, LLC    ($50,000 nonrecoupable to be offset from future sales)                $0.00

8.2.   Commercial General Liability and Worker's Comp Insurance Policies - prepaid through May 15, 2023                $551.00

8.3.   Prepaid Postage/Shipping - USPS                $3,000.00

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$12,751.00

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    Brand Marinade LLC
_____    Case number *(If known)* _____
Name

| 11a. 90 days old or less: | 43,190.00 | - | 0.00 | = .... | $43,190.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 11,344.80 | - | 11,344.80 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$43,190.00

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress**<br>TShirts and promotional materials | 4/5/2023 | $0.00 | Cost | $22,800.00 |
| **21.    Finished goods, including goods held for resale**<br>Tshirts and promotional materials | 4/5/2023 | $0.00 | Cost | $10,000.00 |
| **22.    Other inventory or supplies**<br>See attached list (includes raw materials, deadstock and office supplies) | March 23, 2023 | $0.00 | As indicated on attachment | $12,665.75 |

**23.    Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$45,465.75

**24.    Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value _____32,800.00_____ Valuation method _____Cost_____ Current Value _____32,800.00_____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Brand Marinade LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** See attached list | $0.00 | Replacement | $6,110.00 |
| 40. | **Office fixtures** See attached list | $0.00 | Replacement | $15,350.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Included with equipment and office furnishings lists | $0.00 | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.   Copy the total to line 86. | $21,460.00 |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | Toyota Sienna, 2007 VIN: 5TDKZ23C17S021644 Mileage: 238,283 (titled to Jeremy Castro) | $0.00 | Kelly Blue Book Private Party | $3,000.00 |

| Debtor | Brand Marinade LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 47.2. | Ford Transit, 2010<br>VIN: NM0LS7DN7AT015407<br>Mileage: 226,155<br>(titled to Jeremy Castro) | $0.00 | Kelly Blue book<br>private party | $3,000.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| Folding Machine - Automatic LS-350 | | $0.00 | Comparable sale | $65,000.00 |
| See attached list of misc. equipment | | $0.00 | Comparable sale | $139,685.00 |
| Tools: Ladder, Shelves, misc. tools, shop vac | | $0.00 | Replacement | $630.00 |
| ROQ Tunnel 25' Gas Conveyor Dryer w/71" Belt | | $0.00 | Comparable sale | $35,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.   Copy the total to line 87.

    | $246,315.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>brandmarinade.com (domain, completed website, email address) | $0.00 | Revenue based | $7,500.00 |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor    Brand Marinade LLC                                    Case number *(If known)* _____
          Name

| No. | | | | |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer mailing and contact list | $0.00 | Revenue based | $7,500.00 |
| 64. | **Other intangibles, or intellectual property**<br>File repository with misc. art files (single use licenses) | $0.00 | N/A | $0.00 |
| 65. | **Goodwill**<br>Goodwill | $0.00 | Revenue based | $7,500.00 |

66. **Total of Part 10.**                                                    | $22,500.00 |
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    Employee Retention Credit (Adjusted return pending IRS review)                Tax year  2020/2021        $162,491.00

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Debtor    Brand Marinade LLC
_____    Case number *(If known)* _____
          Name

78.   **Total of Part 11.**                                                    ┌─────────────────────┐
                                                                               │        $162,491.00  │
      Add lines 71 through 77. Copy the total to line 90.                      └─────────────────────┘

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor   Brand Marinade LLC
         _____
         Name

Case number *(If known)* _____

---

**Part 12:**  **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,923.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,751.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $43,190.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $45,465.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,460.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $246,315.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $22,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $162,491.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $597,096.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $597,096.31 |

| Products | Description | Item Type | Value Model | QTY | Resell Value | Total Value |
|---|---|---|---|---|---|---|
| Work Tables | Custom built on wheels | Fixtures | Used - Good | 9 | $ 200.00 | $ 1,800.00 |
| Desks | 2 L-Shaped, 1 simple ikea | Fixtures | Used - Good | 3 | $ 100.00 | $ 300.00 |
| Monitors | non-Mac | Office | Used - Fair | 2 | $ 25.00 | $ 50.00 |
| Desktop computers | 2 non-Mac, 1 Mac | Office | Used - Fair | 3 | $ 100.00 | $ 300.00 |
| Work Stations | Custom built | Fixtures | Used - Fair | 4 | $ 75.00 | $ 300.00 |
| Misc | 3 desks, 3 bookshelves, 2 printers, 2 | Office | Used - Good | 1 | $ 250.00 | $ 250.00 |
| Refridgerator, microwave, water c | 1 each | Appliances | Used - Fair | 1 | $ 200.00 | $ 200.00 |
| Stereo + Speakers | | Electronics | Used - Fair | 1 | $ 10.00 | $ 10.00 |
| Flatscreen | New, good condition. maybe 40" | Electronics | Used - Fair | 1 | $ 100.00 | $ 100.00 |
| Table | Good condition | Office | Used - Fair | 1 | $ 50.00 | $ 50.00 |
| Large Mirror | vintage, 6' | Fixtures | Used - Fair | 1 | $ 50.00 | $ 50.00 |
| Computers | 2 basic monitors, 1 Mac computer | Office | Used - Fair | 3 | $ 250.00 | $ 750.00 |
| Desks | 1 L-shaped sit/stand, 1 basic metal | Fixtures | Used - Good | 2 | $ 100.00 | $ 200.00 |
| Tables | Hella heavy | Fixtures | Used - Good | 2 | $ 150.00 | $ 300.00 |
| Chairs, benches, stools, rugs | Mis matched | Fixtures | Used - Good | 8 | $ 25.00 | $ 200.00 |
| Reclaimed Wood Mobile Walls | Reclaimed Wood Mobile Walls | Fixtures | Used - Fair | 3 | $ 300.00 | $ 900.00 |
| Computer | | Office | Used - Fair | 1 | $ 100.00 | $ 100.00 |
| Box label printers | | Office | Used - Good | 3 | $ 50.00 | $ 150.00 |
| Printer | Xerox Phaser | Office | Used - Poor | 1 | $ 100.00 | $ 100.00 |
| Big Face Paintings (2) | Large custom paintings | | Used - Good | 1 | $ - | $ - |

| Products | Description | Item Type | Value Model | QTY | Resell Value | Total Value |
|---|---|---|---|---|---|---|
| Table | Custom built | Fixtures | Used - Good | 1 | $ 200.00 | $ 200.00 |
| Mezzanine | Mezzanine structure + stairs | Storage | Used - Good | 1 | $ 2,000.00 | $ 2,000.00 |
| Shelves | Custom tucker-built | Fixtures | Used - Good | 7 | $ 100.00 | $ 700.00 |
| Stationary Racks | Large orange shelving | Storage | Used - Good | 7 | $ 250.00 | $ 1,750.00 |
| Stationary Racks | | Storage | Used - Good | 6 | $ 250.00 | $ 1,500.00 |
| Rolling Racks | Rolling Racks | Storage | Used - Good | 16 | $ 150.00 | $ 2,400.00 |
| Rolling Racks | | Storage | Used - Good | 25 | $ 150.00 | $ 3,750.00 |
| Shelves | Shelves | Fixtures | Used - Good | 6 | $ 50.00 | $ 300.00 |
| Storage Racks | Stationary racks/shelves | Fixtures | Used - Good | 6 | $ 250.00 | $ 1,500.00 |
| Stair Ladder | 6'x6'x3' | Fixtures | Used - Fair | 2 | $ 25.00 | $ 50.00 |
| Display Shelves | Large Display Cabinets | Fixture | Used - Good | 6 | $ 100.00 | $ 600.00 |
| Tour Shelves | G-Eazy Tour Displays | Fixture | Used - Fair | 3 | $ 100.00 | $ 300.00 |
| Carts | Rolling carts used for print jobs | Fixtures | Used - Fair | 12 | $ 25.00 | $ 300.00 |

| Department | Asset Type | Description | Item Type | QTY | Resell Value | Brand Marinade Value |
|---|---|---|---|---|---|---|
| Embroidery | Raw Materials | Various colors | Raw Materials | 500 | $ 1.00 | $ 500.00 |
| Inventory | Raw Materials | (wtees, v necks, hoodies, mtee) | Raw Materials | 350 | $ 1.00 | $ 350.00 |
| Inventory | Raw Materials | Misc. blanks | Raw Materials | 400 | $ 2.00 | $ 800.00 |
| Inventory | Raw Materials | Misc. Bleacher Report | Raw Materials | 300 | $ 1.00 | $ 300.00 |
| Inventory | Raw Materials | Dancing in the streets | Raw Materials | 200 | $ 1.00 | $ 200.00 |
| Inventory | Raw Materials | Enya | Raw Materials | 250 | $ 1.00 | $ 250.00 |
| Inventory | Raw Materials | Blanks - Tshirts,Hoodies, Bandanas, Hats, High Vi | Raw Materials | 500 | $ 1.00 | $ 500.00 |
| Inventory | Raw Materials | Gary Weaver Blanks | Raw Materials | 200 | $ 1.00 | $ 200.00 |
| Screen Printing | Raw Materials | Spray adhesive, spray opener | Raw Materials | 72 | $ 3.00 | $ 216.00 |
| Screen Printing | Raw Materials | Smalls screens for neck labels | Raw Materials | 50 | $ 5.00 | $ 250.00 |
| Screen Printing | Raw Materials | Felt fabric | Raw Materials | 30 | $ 5.00 | $ 150.00 |
| Screen Printing | Raw Materials | Foam | Raw Materials | 200 | $ 1.00 | $ 200.00 |
| Fulfillment | Raw Materials | Backing Paper | Raw Materials | 2,000 | $ 0.25 | $ 500.00 |
| Fulfillment | Inventory - Deadstock | Non-mobile storage racks | Fixtures | 6 | $ 100.00 | $ 600.00 |
| Fulfillment | Inventory - Deadstock | Rolling | Fixtures | 20 | $ 100.00 | $ 2,000.00 |
| Inventory | Inventory - Deadstock | Produced in house | Decorated Garments | 50 | $ 1.00 | $ 50.00 |
| Inventory | Inventory - Deadstock | Produced in house | Decorated Garments | 250 | $ 1.00 | $ 250.00 |
| Inventory | Inventory - Deadstock | Empower, Brown Bros, Marinade | Decorated Garments | 50 | $ 1.00 | $ 50.00 |
| Inventory | Inventory - Deadstock | Zion I - Ignite us, Tribute, Forever | Decorated Garments | 350 | $ 1.00 | $ 350.00 |
| Inventory | Inventory - Deadstock | Various designs | Decorated Garments | 600 | $ 1.00 | $ 600.00 |
| Inventory | Inventory - Deadstock | 2 Designs | Promotional Item | 200 | $ 1.00 | $ 200.00 |
| Inventory | Inventory - Deadstock | Too ShortEcommerce  Inventory | Decorated Garments | 250 | $ 1.00 | $ 250.00 |
| Inventory | Inventory - Deadstock | Bleacher Report overprints, misprints | Decorated Garments | 200 | $ 1.00 | $ 200.00 |
| Inventory | Inventory - Deadstock | Polybags, size stickers | Decorated Garments | 7000 | $ 0.01 | $ 70.00 |
| Inventory | Inventory - Deadstock | Space Jam hangtags | Decorated Garments | 500 | $ 0.01 | $ 5.00 |
| Inventory | Inventory - Deadstock | Beastmode hangtags | Decorated Garments | 300 | $ 0.01 | $ 3.00 |
| Inventory | Inventory - Deadstock | Beastmode B | Decorated Garments | 75 | $ 0.01 | $ 0.75 |
| Inventory | Inventory - Deadstock | Misc. styles and brands | Decorated Garments | 91 | $ 1.00 | $ 91.00 |
| Inventory | Inventory - Deadstock | Do2Much - extra printed | Decorated Garments | 30 | $ 1.00 | $ 30.00 |
| Inventory | Inventory - Deadstock | Andre Ward - extra printed | Decorated Garments | 50 | $ 1.00 | $ 50.00 |
| Inventory | Inventory - Deadstock | Cipha Sounds  - extra printed | Decorated Garments | 50 | $ 1.00 | $ 50.00 |
| Inventory | Inventory - Deadstock | (T-shirts, hoodies, crewnecks, wtees) | Decorated Garments | 200 | $ 1.00 | $ 200.00 |
| Inventory | Inventory - Deadstock | Loyalist, BR | Decorated Garments | 500 | $ 1.00 | $ 500.00 |
| Inventory | Inventory - Deadstock | Grab bag items | Decorated Garments | 200 | $ 1.00 | $ 200.00 |
| Inventory | Inventory - Deadstock | Misc. Hafa Adai collection | Decorated Garments | 200 | $ 1.00 | $ 200.00 |
| Inventory | Inventory - Deadstock | Drums & Ammo - Rap Noir | Decorated Garments | 75 | $ 1.00 | $ 75.00 |
| Inventory | Inventory - Deadstock | Ruff Ryders | Decorated Garments | 75 | $ 1.00 | $ 75.00 |
| Inventory | Inventory - Deadstock | Enya | Decorated Garments | 500 | $ 1.00 | $ 500.00 |
| Inventory | Inventory - Deadstock | Drew | Decorated Garments | 250 | $ 1.00 | $ 250.00 |
| Inventory | Inventory - Deadstock | Miscellanous Clothing | Decorated Garments | 300 | $ 1.00 | $ 300.00 |
| Inventory | Inventory - Deadstock | Jumpstart Clothing | Decorated Garments | 500 | $ 1.00 | $ 500.00 |
| Inventory | Inventory - Deadstock | G-Eazy Hats | Decorated Garments | 500 | $ 1.00 | $ 500.00 |
| Inventory | Inventory - Deadstock | Peace Jam | Decorated Garments | 100 | $ 1.00 | $ 100.00 |

| Department | Asset Type | Products | Item Type | QTY | Resell Value | Brand Marinade Value |
|---|---|---|---|---|---|---|
| Embroidery | Equipment | Hoops | Embroidery Supplies | 140 | $ 75.00 | $ 10,500.00 |
| Embroidery | Equipment | Sewing machines | Embroidery Supplies | 1 | $ 25.00 | $ 25.00 |
| Embroidery | Equipment | Steamers | Embroidery Supplies | 2 | $ 50.00 | $ 100.00 |
| Embroidery | Equipment | Embroidery Framing Machine | Machines | 1 | $ 100.00 | $ 100.00 |
| Embroidery | Equipment | Tajima1 | Embroidery Supplies | 1 | $ 3,000.00 | $ 3,000.00 |
| Embroidery | Equipment | Tajima2 | Embroidery Supplies | 1 | $ 3,000.00 | $ 3,000.00 |
| Embroidery | Equipment | Tajima3 | Embroidery Supplies | 1 | $ 1,200.00 | $ 1,200.00 |
| Embroidery | Equipment | Hoops | Embroidery Supplies | 100 | $ 20.00 | $ 2,000.00 |
| Fulfillment | Equipment | Boxes | Pallet | 100 | $ 25.00 | $ 2,500.00 |
| Fulfillment | Equipment | Dolly | Tools & Appliances | 4 | $ 50.00 | $ 200.00 |
| Fulfillment | Equipment | Dolly/cart | Tools & Appliances | 2 | $ 100.00 | $ 200.00 |
| Fulfillment | Equipment | Pallet jacks | Tools & Appliances | 3 | $ 75.00 | $ 225.00 |
| Fulfillment | Equipment | Boxes | Pallet | 1 | $ 500.00 | $ 500.00 |
| Fulfillment | Equipment | Forklist | Forklift | 1 | $ 4,000.00 | $ 4,000.00 |
| Photography | Equipment | Strobes | Electronics | 4 | $ 100.00 | $ 400.00 |
| Photography | Equipment | Tripod | Photo Supplies | 3 | $ 25.00 | $ 75.00 |
| Photography | Equipment | Backdrops | Photo Supplies | 3 | $ 50.00 | $ 150.00 |
| Photography | Equipment | Sandbags | Photo Supplies | 2 | $ 5.00 | $ 10.00 |
| Photography | Equipment | Stands | Photo Supplies | 4 | $ 25.00 | $ 100.00 |
| Screen Printing | Equipment | Epson DTG Printer | DTG Printer | 1 | $ 8,000.00 | $ 8,000.00 |
| Screen Printing | Equipment | Hot Tronix (kinda janky) | Machines | 1 | $ 250.00 | $ 250.00 |
| Screen Printing | Equipment | Manual Press | Machines | 1 | $ 500.00 | $ 500.00 |
| Screen Printing | Equipment | M&R Sportsman 8/10 | Automatic Screen Printing Press | 1 | $ 15,000.00 | $ 15,000.00 |
| Screen Printing | Equipment | ROQ YOU XL 12/16 | Automatic Screen Printing Press | 1 | $ 55,000.00 | $ 55,000.00 |
| Screen Printing | Equipment | Riley Hopkins 8/8 | Press | 1 | $ 2,000.00 | $ 2,000.00 |
| Screen Printing | Equipment | Wash Tank | Printing Materials | 1 | $ 200.00 | $ 200.00 |
| Screen Printing | Equipment | Pallets | Printing Materials | 48 | $ 75.00 | $ 3,600.00 |
| Screen Printing | Equipment | Pallets | Printing Materials | 48 | $ 75.00 | $ 3,600.00 |
| Screen Printing | Equipment | Ink Mixer | Ink Mixer | 1 | $ 500.00 | $ 500.00 |
| Screen Printing | Equipment | Rapid Tag 1-Color Press | Machines | 1 | $ 1,200.00 | $ 1,200.00 |
| Screen Printing | Equipment | Compressor | Machines | 1 | $ 2,000.00 | $ 2,000.00 |
| Screen Printing | Equipment | Random Press | Press | 1 | $ 500.00 | $ 500.00 |
| Screen Printing | Equipment | Jeremy's Press | Press | 1 | $ 500.00 | $ 500.00 |
| Screen Printing | Equipment | Stahl's Fusion 16X20 | Heat Press | 1 | $ 1,500.00 | $ 1,500.00 |
| Screen Printing | Equipment | Stahl's Hotronix 15X15 | Heat Press | 1 | $ 250.00 | $ 250.00 |
| Screen Printing | Equipment | Small 5X5 | Heat Press | 2 | $ 250.00 | $ 500.00 |
| Screen Printing | Equipment | Hat Press | Heat Press | 2 | $ 250.00 | $ 500.00 |
| Screen Printing | Equipment | American Dryer (Electric) | Dryer | 1 | $ 1,000.00 | $ 1,000.00 |
| Screen Printing | Equipment | Power Horse Dryer (Electric) | Dryer | 1 | $ 2,500.00 | $ 2,500.00 |
| Screen Printing | Equipment | Pretreat Machine | Machine | 1 | $ 500.00 | $ 500.00 |
| Screen Printing | Equipment | Screenprint Machine | Machine | 1 | $ 500.00 | $ 500.00 |
| Screen Printing | Equipment | Wide Format Printer | Printer | 1 | $ 5,000.00 | $ 5,000.00 |
| Screen Printing | Equipment | Heat Presses | Machines | 4 | $ 200.00 | $ 800.00 |
| Screen Printing | Equipment | Hot ROQ-It Dryer (Electric) | Dryer | 1 | $ 5,500.00 | $ 5,500.00 |

**Fill in this information to identify the case:**

Debtor name   Brand Marinade LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Bankers Small Business Com Dev Corp CA<br>Creditor's Name<br>2448 Historic Decatur Rd. Suite 200<br>San Diego, CA 92106<br>Creditor's mailing address<br><br>jmendiola@cdcloans.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>9/17/2019<br>**Last 4 digits of account number**<br>1919<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.4 | **Describe debtor's property that is subject to a lien**<br>First position blanket lien<br><br><br>**Describe the lien**<br>Non-Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82,857.00 | $322,323.50 |
| **2.2** Blue Vine<br>Creditor's Name<br><br>401 Warren Street<br>Redwood City, CA 94063<br>Creditor's mailing address<br><br>musyoka.mbithi@bluevine.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>1/27/2023<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No | **Describe debtor's property that is subject to a lien**<br>No UCC filed, collateral interest unknown and disputed<br><br>**Describe the lien**<br>Non-Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | $10,000.00 | $0.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Brand Marinade LLC
_____
Name                                                   Case number (if known) _____

| including this creditor and its relative priority. | ☐ Unliquidated<br>☒ Disputed | | |

---

| 2.3 | CDC Small Business Finance | Describe debtor's property that is subject to a lien | $189,847.00 | $333,323.50 |
|---|---|---|---|---|

Creditor's Name
2448 Historic Decatur Rd.,
Suite 200
San Diego, CA 92106
_____
Creditor's mailing address

jmendiola@cdcloans.com
_____
Creditor's email address, if known

**Date debt was incurred**
9/12/2019
**Last 4 digits of account number**
0719

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

Describe debtor's property that is subject to a lien
Second position blanket lien

Describe the lien
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Celtic Bank | Describe debtor's property that is subject to a lien | $185,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
268 South State Street, Suite 300
Salt Lake City, UT 84111
_____
Creditor's mailing address

help@celticbank.com
_____
Creditor's email address, if known

**Date debt was incurred**
7/29/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Sixth position blanket lien - no value to support

Describe the lien
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.5 | CT Corporation System, as Representative | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
330 N Brand Blvd. Ste 700
Attn: SPRS
Glendale, CA 91203
_____
Creditor's mailing address

_____
Creditor's email address, if known

Describe debtor's property that is subject to a lien

Describe the lien
Unknown
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor  **Brand Marinade LLC**                                    Case number (if known) _____

Name

---

**Date debt was incurred**
Unknown

**Last 4 digits of account number**
2810

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.6 | First Citizens Bank Equipment Finance | | |
|---|---|---|---|

Creditor's Name

155 Commerce Way
Portsmouth, NH 03801

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/1/2019

**Last 4 digits of account number**
3002

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

**Describe debtor's property that is subject to a lien**
ROQ Tunnel 25' Gas Conveyor Dryer w/71" Belt                    $20,871.00          $35,000.00

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | First Citizens Bank Equipment Finance | | |
|---|---|---|---|

Creditor's Name

155 Commerce Way
Portsmouth, NH 03801

Creditor's mailing address

Deborah.Sheehan@cit.com

Creditor's email address, if known

**Date debt was incurred**
9/30/2022

**Last 4 digits of account number**
0000

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Folding Machine - Automatic LS-350                    $101,000.00          $65,000.00

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.8 | Swift Financial, LLC | | |
|---|---|---|---|

Creditor's Name

3505 Silverside Rd

**Describe debtor's property that is subject to a lien**
Seventh position blanket lien - no value to                    $127,000.00          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 6

Debtor  Brand Marinade LLC
        _____     Case number (if known) _____
        Name

Wilmington, DE 19810          | support
_____
Creditor's mailing address           **Describe the lien**
                                     Non-Purchase Money Security
                                     **Is the creditor an insider or related party?**
fredie.jara@loanbuilder.com          ☒ No
_____      ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**
                                     ☐ No
**Date debt was incurred**           ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
10/22/22
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.9 | U.S. Small Business Administration | **Describe debtor's property that is subject to a lien** | $435,000.00 | $4,650.00 |
|---|---|---|---|---|

Creditor's Name
CESC - Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155          Fourth position blanket lien
_____
Creditor's mailing address

                                     **Describe the lien**
                                     Non-Purchase Money Security
                                     **Is the creditor an insider or related party?**
                                     ☒ No
_____     ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**
                                     ☐ No
**Date debt was incurred**           ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
4/10/2020
**Last 4 digits of account number**
7010

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.4 | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.10 | U.S. Small Business Administration | **Describe debtor's property that is subject to a lien** | $62,600.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
CESC - Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155          Fifth position blanket lien
_____
Creditor's mailing address

                                     **Describe the lien**
                                     Non-Purchase Money Security
                                     **Is the creditor an insider or related party?**
ElPasoDLSC@sba.gov                   ☒ No
_____     ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**
                                     ☐ No
**Date debt was incurred**           ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
5/6/2022
**Last 4 digits of account number**
9105

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  Brand Marinade LLC
Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☒ Disputed |

---

**2.1 1**  Umpqua Bank
Creditor's Name

PO BOX 2326
Spokane, WA 99210
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/21/2020
**Last 4 digits of account number**
5551
**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

**Describe debtor's property that is subject to a lien**
Third position blanket lien

$44,834.00    $333,323.50

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 2**
Creditor's Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

$0.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3**
Creditor's Name

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$1.00    $0.00

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 6

Debtor    Brand Marinade LLC
_____
Name

Case number (if known) _____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,259,010.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Corporation Service Company<br>PO BOX 2576<br>Springfield, IL 62708 | Line  2.11 | |
| Stripe Servicing, Inc.<br>199 Water St.<br>Floor 30<br>New York, NY 10038 | Line  2.4 | 6960 |

**Fill in this information to identify the case:**

Debtor name __Brand Marinade LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>CALIFORNIA DEPT OF TAX AND<br>FEE ADMIN<br>1515 Clay St.<br>Ste 303<br>Oakland, CA 94612 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $158,332.35 | Unknown |
| Date or dates debt was incurred<br>2/1/2021 | Basis for the claim: | | |
| Last 4 digits of account number __1582__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,800.00 | $6,800.00 |
| Date or dates debt was incurred<br>2022 Tax year | Basis for the claim: | | |
| Last 4 digits of account number __0021__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred<br>Notice Purposes Only | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Brand Marinade LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

---

**3.1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,055.00 |
|---|---|---|
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card purchases | |
| **Last 4 digits of account number**  2001 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,233.00 |
|---|---|---|
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card purchases | |
| **Last 4 digits of account number**  4001 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,502.00 |
|---|---|---|
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card purchases | |
| **Last 4 digits of account number**  8009 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,400.00 |
|---|---|---|
| Chase Ink<br>Cardmember Services<br>PO Box 15298<br>Wilmington, DE 19850 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card purchases | |
| **Last 4 digits of account number**  1885 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $432.54 |
|---|---|---|
| Comcast<br>1701 JFK BLvd.<br>Philadelphia, PA 19103 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| **Last 4 digits of account number**  6661 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|
| Copyworld<br>1375 University Ave.<br>Berkeley, CA 94702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred**  3/18/23 | **Basis for the claim:**  Inventory | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,499.00 |
|---|---|---|
| Pie Insurance Company<br>PO Box 800<br>Oak Ridge, TN 37830 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred**  12/22/22 | **Basis for the claim:**  Worker's Comp Audit | |
| **Last 4 digits of account number**  5106 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Brand Marinade LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $189,000.00 |
|---|---|---|---|
| | Retail Capital LLC, dba Credibly | ☐ Contingent | |
| | 155 Commerce Way | ☐ Unliquidated | |
| | Portsmouth, NH 03801 | ☒ Disputed | |
| | **Date(s) debt was incurred** 11/28/2022 | **Basis for the claim:** Merchant Advance Loan | |
| | **Last 4 digits of account number** 35DE | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,297.00 |
|---|---|---|---|
| | Sanmar | ☐ Contingent | |
| | 22833 SE Black Nugget Rd, Suite 130 | ☐ Unliquidated | |
| | Issaquah, WA 98029 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2/5/2023 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** 0260 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,823.51 |
|---|---|---|---|
| | The Apparel Source Inc. | ☐ Contingent | |
| | 2993 Teagarden Street | ☐ Unliquidated | |
| | San Leandro, CA 94577 | ☐ Disputed | |
| | **Date(s) debt was incurred** 3/17/2023 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** E382 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,522.00 |
|---|---|---|---|
| | Uline Shipping Supplies | ☐ Contingent | |
| | PO Box 88741 | ☐ Unliquidated | |
| | Chicago, IL 60680 | ☐ Disputed | |
| | **Date(s) debt was incurred** 3/18/2023 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** 3002 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,346.00 |
|---|---|---|---|
| | UPS Supply Chain Solutions, Inc. | ☐ Contingent | |
| | 28013 Network Place | ☐ Unliquidated | |
| | Chicago, IL 60673 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** services | |
| | **Last 4 digits of account number** 2768 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Austin J. Miller, Esq. 1501 W Fountainhead Pkwy Suite 630 Tempe, AZ 85282 | Line 3.8 ☐ Not listed. Explain ____ | _ |
| 4.2 | Brown & Joseph, LLC c/o Dan Austin One Pierce Place, Suite 700W Itasca, IL 60143 | Line 3.7 ☐ Not listed. Explain ____ | 3325 |

---

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 165,132.35 |
| 5b. Total claims from Part 2 | 5b. + $ | 356,610.05 |

Debtor    Brand Marinade LLC
_____
          Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.

5c.    $ _____ 521,742.40

**Fill in this information to identify the case:**

Debtor name __Brand Marinade LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Brand Merchandise License Agreement | |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | Trunk Productions, Inc.<br>1804 E 8th. St<br>Los Angeles, CA 90021 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 1785 Timonthy Drive unit 6 $2400 per month | |
| | State the term remaining | Expires December 31, 2023 | |
| | List the contract number of any government contract | | Cheryle Weaver<br>18187 Reamer Rd.<br>Castro Valley, CA 94546 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Damage, Worker's Compensation and General Liability Insurance Policies # 680-2H136839-22-42 (Annual premium $4411) | |
| | State the term remaining | 5 weeks | Traveler's Indemnity of Ct.<br>c/o Connor, Alexander and Sullivan Insurance Services<br>650 California St.<br>San Francisco, CA 94108 |
| | List the contract number of any government contract | | |

Debtor 1    Brand Marinade LLC                                          Case number (if known) _____
_____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Verbal month to month lease for storage space $1,200 per month (waived at present)<br><br>month to month<br><br>_____ |
| | Jae Rah<br>1789 Timothy Dr.<br>San Leandro, CA 94577 |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Verbal lease. Storage space rented from Debtor, $1,500 per month<br><br>month to month<br><br>_____ |
| | Joe and Janet Castro<br>3226 Briggs Ave.<br>Alameda, CA 94501 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for 1785 Timothy Drive, unit 5, $3,500 per month<br><br>Expires December 31, 2023<br><br>_____ |
| | Cheryle Weaver<br>18187 Reamer Rd.<br>Castro Valley, CA 94546 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Unit 4, 1785 Timothy Drive, $2,500 per month<br><br>Expires December 31, 2023<br><br>_____ |
| | Cheryle Weaver<br>18187 Reamer Rd.<br>Castro Valley, CA 94546 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Internet services<br><br>month to month<br><br>_____ |
| | Comcast<br>1701 JFK Blvd.<br>Philadelphia, PA 19103 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    Brand Marinade LLC

      First Name         Middle Name         Last Name         Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Fiber internet contract | |
|---|---|---|---|
| | State the term remaining | unknown | AT&T |
| | List the contract number of any government contract | | 4331 Communicatins Drive<br>FLR 4W<br>Dallas, TX 75211 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Water delivery service | |
|---|---|---|---|
| | State the term remaining | unknown | Alhambra Water Delivery |
| | List the contract number of any government contract | | c/o Primo Water<br>200 Eagles Landing Blvd.<br>Lakeland, FL 33810 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Brand Marinade LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.11 | Jeremy Castro | 1075 65th St. Emeryville, CA 94608 | CDC Small Business Finance | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.12 | Jeremy Castro | 1075 65th St. Emeryville, CA 94608 | Bankers Small Business Com Dev Corp CA | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.13 | Jeremy Castro | 1075 65th St. Emeryville, CA 94608 | Umpqua Bank | ☒ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.14 | Jeremy Castro | 1075 65th St. Emeryville, CA 94608 | First Citizens Bank Equipment Finance | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.15 | Jeremy Castro | 1075 65th St. Emeryville, CA 94608 | First Citizens Bank Equipment Finance | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.16 | Jeremy Castro | 1075 65th St. Emeryville, CA 94608 | U.S. Small Business Administration | ☒ D ___2.9___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor  Brand Marinade LLC

Case number *(if known)*

| | **Additional Page to List More Codebtors** | | | |
|---|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.17 | Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | U.S. Small Business<br>Administration | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | Swift Financial, LLC | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | Retail Capital LLC, dba<br>Credibly | ☐ D _____<br>☒ E/F ___3.8___<br>☐ G _____ |
| 2.20 | Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | Blue Vine | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | American Express | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |
| 2.22 | Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | American Express | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.23 | Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | American Express | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.24 | Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | Chase Ink | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Brand Marinade LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $379,173.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $2,286,145.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other _____ | $2,297,503.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | Forgiven PPP Loan | $89,900.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | Forgiven PPP Loan | $97,518.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Brand Marinade LLC _____    Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Sanmar<br>22833 SE Black Nugget Rd, Suite 130<br>Issaquah, WA 98029 | 2023:  2/9,<br>2/16, 2/17,<br>2/22, 3/2, 3/3,<br>3/7, 3/13,<br>3/17, 3/20,<br>3/23, 3/24,<br>3/27, 3/28,<br>3/30, 4/3, 4/5 | $31,852.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Copy World<br>1375 University Ave.<br>Berkeley, CA 94702 | 2023: 2/17,<br>3/14, 3/24,<br>3/29 | $24,141.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | The Apparel Source<br>2993 Teagarden St.<br>San Leandro, CA 94577 | 2023: 2/9,<br>2/17, 3/8,<br>3/14, 3/20,<br>3/21, 3/28,<br>3/29, 4/4 | $13,279.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Lane Seven Apparel<br>5082 4th St.<br>Baldwin Park, CA 91706 | 2023: 2/24,<br>3/12, 4/4 | $12,000.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | 2023: 12/10,<br>3/27 | $8,229.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  CA Franchise Tax<br>Obligation___ |
| 3.6. | Bluefrog Screen Printing and Embroidery<br>717 Whitney St.<br>San Leandro, CA 94577 | 2023: 3/14,<br>3/24, 4/4, 4/5 | $12,940.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | USPS<br>1319 Washington Ave.<br>San Leandro, CA 94577 | Various<br>1/8/23 to<br>4/5/23 | $13,077.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.8. | Monsour Gavin LPA<br>1001 Lakeside Ave. E.<br>Suite 1400<br>Cleveland, OH 44114 | 1/31/23,<br>3/14/23,<br>3/27/23,<br>4/2/23 | $10,284.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Brand Marinade LLC | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. CDC Small Business Finance<br>2448 Historic Decatur Rd., Suite 200<br>San Diego, CA 92106<br>Lender (insider guaranty) | Various<br>4/6/2022-3/6/<br>2023 | $46,482.45 | Loan repayment |
| 4.2. CALIFORNIA DEPT OF TAX AND FEE<br>ADMIN<br>1515 Clay St.<br>Ste 303<br>Oakland, CA 94612<br>Taxing authority | Various<br>1/7/2022-4/1/<br>2023 | $34,856.72 | Sales tax obligations |
| 4.3. First Citizens Bank Equipment Finance<br>155 Commerce Way<br>Portsmouth, NH 03801<br>Equipment Finance Lender (personal<br>guaranty) | Various<br>4/6/2023-3/29<br>/2023 | $17,885.13 | Payment for equipment finance<br>Dryer and Folder |
| 4.4. Swift Financial, LLC<br>3505 Silverside Rd<br>Wilmington, DE 19810<br>Lender (insider guaranty) | Various<br>4/8/2022-2/1/<br>2023 | $71,099.40 | Loan obligation |
| 4.5. PAYPAL<br>P.O. Box 105658<br>Atlanta, GA 30348<br>Lender (insider guaranty) | Various<br>10/21/22-12/3<br>0/22 | $34,926.87 | Loan obligation |
| 4.6. Celtic Bank<br>268 South State Street, Suite 300<br>Salt Lake City, UT 84111<br>Lender (insider guaranty) | Various<br>4/5/2022-2/27<br>/23 | $145,265.33 | loan obligation |
| 4.7. Credibly<br>155 Commerce Way<br>Portsmouth, NH 03801<br>Lender (insider guaranty) | Various<br>4/11/2022-1/2<br>3/2023 | $255,601.47 | Loan obligation |
| 4.8. Cheryle Weaver<br>18187 Reamer Rd.<br>Castro Valley, CA 94546<br>Landlord | Various<br>5/1/2022-4/6/<br>2023 | $100,800.00 | Monthly Rent Payments, May<br>2022 through April 6, 2023 (April<br>23 prorated) |
| 4.9. American Express<br>P.O. Box 981535<br>El Paso, TX 79998<br>Debtor credit cards: Business Plus,<br>Platinum and Blue (insider guaranty) | Various<br>4/7/2022-2/12<br>/2023 | $629,483.42 | Business purchases |
| 4.10. Jeremy Castro<br>· 1075 65th st.<br>Emeryville, CA 94608<br>Owner | Various<br>4/6/2022 to<br>3/31/2023 | $59,157.20 | Compensation and<br>reimbursements (amount does not<br>reflect funds transferred into<br>Debtor by owner totaling<br>$10.174.40) |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Brand Marinade LLC _____    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.11 · | U.S. Small Business Administration CESC - Covid EIDL Service Center 14925 Kingsport Rd. Fort Worth, TX 76155 Lender (insider guaranty) | 5/2/2022-1/3/ 2023 | $46,404.66 | Loan obligation |
| 4.12 · | Chase Cardmember Services PO Box 15298 Wilmington, DE 19850 Credit Card (Business card) with insider liability | Various 4/7/2022-3/20 /2023 | $142,035.27 | Business purchases |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | Retail Capital, LLC DBA Credibly v. Brand Marinade LLC et al. CV2323-003494 | Breach of Contract | Superior Court of Arizona, Maricopa County 201 W. Jefferson Phoenix, AZ 85003 | ☒ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Brand Marinade LLC _____    Case number *(if known)* _____

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Vandalism | $3,903.29 | 4/21/2022 | $4,903.29 |
| Catalytic Converter - stolen from Toyota | None | 3/29/23 | Unknown |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Malinda L. Hayes<br>378 Northlake Blvd Suite 218<br>North Palm Beach, FL 33408 | Attorney Fee - Chapter 11 Fee and Cost Retainer ($17,000), payment for pre-filing services    UPDATE WITH 4/5 PAYMENT AMOUNT | 1/31/2023, 3/20/2023, 3/24/2023, 4/4/2023, 4/6/2023 | $35,907.38 |
| | **Email or website address**<br>malinda@mlhlawoffices.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Brand Marinade LLC                                                                    Case number *(if known)*

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Phone, email and mailing addresses; credit card information

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Brand Marinade LLC 401k Plan (through Guideline.com) | EIN: 27-0691776 |

Has the plan been terminated?
☒ No
☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   Brand Marinade LLC _____    Case number *(if known)* _____

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Private warehouse 1798 Timothy Dr. San Leandro, CA 94577 | Jeremy Castro 1075 65th St. Emeryville, CA 94608 Chris Pruitt 1608 Folsom St. San Francisco, CA 94103 | Used as overflow storage for inventory, unsold promotional items, storage racks and shelving. Contents varied over past 1 year.   Current value of Debtor property less than $2k | ☐ No ☒ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| 3T Entertainment 1342 N WHITNALL HWY Burbank, CA 91505 | Debtor Warehouse (1785 Timothy Dr.) San Leandro, CA 94577 | Garments | $7,350.00 |
| AMP Live 7902 Ronald Dr. Huntington Beach, CA 92647 | Debtor warehouse - 1785 Timothy Drive San Leandro, CA 94577 | Promotional Garments | $5,625.00 |
| Beastmode 811 Broadway Oakland, CA 94607 | Debtor warehouse - 1785 Timothy Drive San Leandro, CA 94577 | Promotional garments, flatstock | $3,320.00 |
| Big Krit 2622 Running River Ct. Lawrenceville, GA 30045 | Debtor warehouse - 1785 Timothy Drive San Leandro, CA 94577 | Promotional garments | $1,500.00 |
| BoB 2415 Cumberland Pkwy. Atlanta, GA 30339 | Debtor warehouse - 1785 Timothy Drive San Leandro, CA 94577 | Promotional cassettes and players | $9,000.00 |
| Broke Ass Stuart 1608 Folsom St. San Francisco, CA 94103 | Debtor warehouse - 1785 Timothy Drive San Leandro, CA 94577 | Booklets - flatstock | $2,400.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor   Brand Marinade LLC                                                      Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Chris Pruitt<br>1608 Folsom St.<br><br>Sherman Oaks, CA 91403 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Flash dryer (non-functioning), Workhorse and American dryers | $5,710.00 |
| Compound<br>275 Conover St.<br>Brooklyn, NY 11231 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Promotional Garments | $7,700.00 |
| DODI<br>811 Broadway<br>Oakland, CA 94607 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Promotional Garments | $3,000.00 |
| Flowershop<br>5387 Miles Ave<br>Emeryville, CA 94608 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Promtional Garments, lighters, insense, misc. packing supplies, neon sign | $2,750.00 |
| Jason Paul<br>PO Box 77046<br>San Francisco, CA 94107 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Zelda Sheet Music Pallets/boxes | $2,000.00 |
| Jeremy Castro<br>1075 65th St.<br>Emeryville, CA 94608 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Maul press, wood rolltop desk, press | $1,200.00 |
| Joe and Janet Castro<br>3226 Briggs Ave<br>Alameda, CA 94501 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Barber chair, massage chair, bookshelves, powertools, audio chords, leaf blower, pallets of family storage | $17,850.00 |
| Lyrics Born<br>60 Highland Blvd.<br>Berkeley, CA 94707 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Records, CDs, promotional garments | $4,225.00 |
| Opportun<br>2 Circle Way<br>San Carlos, CA 94070 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Promotional garments, accessories, media items. (Examples; backpacks, notebooks, air pods, pens, tote bags, flatstock) | $16,737.00 |
| Parry<br>102 Lehman Lane<br>Mill Valley, CA 94941 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Promotional garments, promotional stickers and bags | $7,200.00 |
| Ruff Ryders<br>30 S. Broadway, Suite 809<br>Yonkers, NY 10701 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Football jerseys, Tshirts and Hoodies | $7,100.00 |

Debtor    Brand Marinade LLC                                                    Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Wait But Why<br>95 India St.<br>Brooklyn, NY 11222 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Promotional posters, greeting cards, toys | $39,250.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Walk on Mentality<br>10710 Shawnbrook Drive<br>Houston, TX 77071 | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | Promotional Garments | $3,500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Zion I<br>Unknown | Debtor warehouse - 1785 Timothy Drive<br>San Leandro, CA 94577 | CDs, wood murals | $4,500.00 |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Brand Marinade LLC | Case number *(if known)* | |
|--------|--------------------|--------------------------|---|

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1. ABT Financial Consultants - Chad Folse<br>2633 E Indian School Road, Suite 330<br>Phoenix, AZ 85016 | 2014-present |
| 26a.2. Jeremy Castro<br>1075 65th St.<br>Emeryville, CA 94608 | 2009 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.1. Jeremy Castro<br>1075 65th St.<br>Emeryville, CA 94608 | 2009- present |

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.2. ABT Financial Consultation - Chase Folse<br>2633 E. Indian School Rd. Suite 330<br>Phoenix, AZ 85016 | 2013-present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1. Jeremy Castro<br>1075 65th St.<br>Emeryville, CA 94608 | |
| 26c.2. ABT Financial Consultation - Chad Folse<br>2633 E. Indian School Rd. Suite 330<br>Phoenix, AZ 85016 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. Honeycomb Credit<br>6008 Broad St.<br>Pittsburgh, PA 15206 |
| 26d.2. Fundingcircle.com<br>707 17th St., Suite 2200<br>Denver, CO 80202 |
| 26d.3. Newtekone.com<br>1111 Brickell Avenue, Suite 135<br>Miami, FL 33131 |
| 26d.4. Can Capital<br>150 Parkway Place, Suite 1150<br>Marietta, GA 30067 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Brand Marinade LLC _____    Case number *(if known)* _____

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 . | Chris Pruitt | 3/23/2023 | 70,273.50 (cost basis) |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Jeremy Castro<br>1075 65th St.<br>Emeryville, CA 94608 |

| | | Date of inventory | The dollar amount and basis |
|---|---|---|---|
| 27.2 . | Jeremy Castro | 4/5/52023 | 32800 - cost basis (WIP and Finished Goods only) |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Jeremy Castro<br>1075 65th St.<br>Emeryville, CA 94608 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Castro | 1075 65th St.<br>Emeryville, CA 94608 | CEO, Controlling Shareholder | 100% of voting shares |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Brand Marinade LLC                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeremy Castro<br>1075 65th St.<br>Emeryville, CA 94608 | $77,991.89 (net value of compensation to Owner) | Regular periodic payments between 4/6/2022-4/5/2023, plus various dates for reimbursements | Guaranteed Partner Compensation, reimbursements, and car payment |
| | **Relationship to debtor**<br>Owner, CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____April 7, 2023____

/s/   Jeremy Castro                                    Jeremy Castro
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re  Brand Marinade LLC                                    Case No.

                                   Debtor(s)         Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| FAM1STCAPITAL, LLC<br>Attn. True Capital Management<br>101 Montgomery St. #2800<br>San Francisco, CA 94104 | Class C | 225 | Profits Interests (Non-voting) |
| Jeremy Castro<br>107 65th St.<br>Emeryville, CA 94608 | Class A | 500 | Voting Interests |
| Jeremy Castro<br>10765 65th St.<br>Emeryville, CA 94608 | Class B | 500 | Non-Voting Interests |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   April 7, 2023                             Signature  /s/  Jeremy Castro

                                                                   Jeremy Castro

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    Brand Marinade LLC                        Case No.   _____

                   Debtor(s)               Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     April 7, 2023                      /s/  Jeremy Castro

                                               Jeremy Castro/CEO

                                               Signer/Title

American Express
P.O. Box 981535
El Paso, TX 79998


Austin J. Miller, Esq.
1501 W Fountainhead Pkwy Suite 630
Tempe, AZ 85282


Bankers Small Business Com Dev Corp CA
2448 Historic Decatur Rd. Suite 200
San Diego, CA 92106


Blue Vine
401 Warren Street
Redwood City, CA 94063


Brown & Joseph, LLC
c/o Dan Austin
One Pierce Place, Suite 700W
Itasca, IL 60143


CALIFORNIA DEPT OF TAX AND FEE ADMIN
1515 Clay St. Ste 303
Oakland, CA 94612


California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257


CDC Small Business Finance
2448 Historic Decatur Rd., Suite 200
San Diego, CA 92106


Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT 84111


Chase Ink
Cardmember Services PO Box 15298
Wilmington, DE 19850


Cheryle Weaver
18187 Reamer Rd.
Castro Valley, CA 94546


Comcast
1701 JFK BLvd.
Philadelphia, PA 19103


Copyworld
1375 University Ave.
Berkeley, CA 94702


Corporation Service Company
PO BOX 2576
Springfield, IL 62708

CT Corporation System, as Representative
Attn: SPRS
330 N Brand Blvd. Ste 700
Glendale, CA 91203


First Citizens Bank Equipment Finance
155 Commerce Way
Portsmouth, NH 03801


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jeremy Castro
1075 65th St.
Emeryville, CA 94608


Pie Insurance Company
PO Box 800
Oak Ridge, TN 37830


Retail Capital LLC, dba Credibly
155 Commerce Way
Portsmouth, NH 03801


Sanmar
22833 SE Black Nugget Rd, Suite 130
Issaquah, WA 98029


Stripe Servicing, Inc.
199 Water St. Floor 30
New York, NY 10038


Swift Financial, LLC
3505 Silverside Rd
Wilmington, DE 19810


The Apparel Source Inc.
2993 Teagarden Street
San Leandro, CA 94577


U.S. Small Business Administration
CESC - Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155


Uline Shipping Supplies
PO Box 88741
Chicago, IL 60680


Umpqua Bank
PO BOX 2326
Spokane, WA 99210

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673

Z  Broken entry 2

Z broken entry