**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                  Case No. 23-12729-MAM
BRAND MARINADE, LLC,                                 Chapter 11(V)

_____Debtor._____/

**DEBTOR'S MOTION TO VALUE PERSONAL PROPERTY,**
**DETERMINE SECURED STATUS OF LIENS, AND RECLASSIFY CLAIMS**

**COMES NOW, DEBTOR**, BRAND MARINADE, LLC by and through the undersigned

Counsel, and moves the Court to value its personal property, determine the secured status of its lien

holders, and reclassify certain claims not supported by equity in collateral in order to establish the

priority and value of security interests and collateral and classification of claims in connection with the

pending sale motion (ECF#75) and proposed plan of liquidation (ECF#74) and in support thereof states:

**JURISDICTION**

1.       This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §157.

2.       This matter is a core proceeding under 28 U.S.C. §157(b)(2)(A), (B), and (K).

3.       Venue is proper before this Court pursuant to 28 U.S.C. §1408 and §1409.

4.       The basis for relief requested is 11 U.S.C. § 506(a) Federal Rules of Bankruptcy

Procedure Bankruptcy Rule 3012 and 7004, and Local Rule 3012-1.

**DESCRIPTION AND VALUE OF THE COLLATERAL**

5.       The Debtor listed substantial amounts of personal property on schedule B, including:

cash and cash equivalents ($42,923.56); deposits and prepayments ($12,751.00) accounts receivable

($43,190.00); inventory ($45,465.75); office furniture, fixtures and equipment ($21,460.00);

automobiles ($6,000); machinery and equipment ($240,315.00); intangibles including domain, website,

customer contact list, electronic art repository, and goodwill ($22,500), and a tax refund ($162,491.00).

(See ECF#1, Schedule B for detailed lists of inventory and equipment and itemized values.)

6.       The cash and cash equivalents, deposits and prepayments, automobiles, and tax refund

are not subject to any perfected lien interest.

7.      Numerous creditors assert blanket lien interests perfected by UCC-1 filings that purport to encumber the Debtor's accounts, inventory, furniture, fixtures, equipment and intangibles. Debtor seeks to establish the value of such items as of the petition date, in order to determine the nature and extent of the lien interests encumbering the collateral.

8.      The method used to establish value for the collateral by the Debtor in Schedule B was replacement value, as the Debtor intended at that time to reorganize and retain the collateral.

9.      In connection with use of cash collateral, Debtor granted all secured creditors post-petition replacement liens, in the same priority and extent as any creditor held a valid, perfected lien prior to the filing of this Chapter 11 case. (ECF#32.)

10.     The Debtor filed a motion to sell substantially all of its assets in conjunction with a liquidating plan, and thus proposes sale values as the appropriate measure of the lien interests.

11.     In May 2023, immediately after the filing of this chapter 11 case, secured creditor CDC Small Business Finance obtained an appraisal of the Debtor's tangible personal property. The appraiser personally inspected all inventory, fixtures, furnishings and equipment, and ascribed a forced liquidation value of $73,493.00 to the tangible personal property, and a fair market value of $144,915, before costs of sale. He found the inventory to be of no value in a forced sale context and independently valued equipment, furnishings and fixtures as set forth on the attached **Exhibit "A**."

12.     Debtor sold three embroidery machines and related fixtures in May 2023 for $7,900.

13.     After a vigorous marketing process by an equipment broker seeking to sell the remaining equipment resulted in very few offers, none of them at fair market prices, the Debtor contracted to sell the entirety of its inventory, fixtures, furnishings, equipment for $115,000 (See ECF#75). The sale contract stems from a written offer that delineated the components into $15,000 for intangibles and $100,000 for tangible personal property. (June 29, 2023 offer attached as **Exhibit "B"**)

14.     Included in the bulk sale is a Roq 6018GTunnel Gas Dryer ("Roq Dryer"), subject to a purchase money security interest. The Roq Dryer appraised at $14,500 to $31,000. Debtor seeks to

value the Roq Dryer at $18,708.58, which is equal to the lender's claim.

15.    The Debtor's inventory at the time of the sale offer remained substantially the same, as the Debtor discontinued manufacturing prior to filing this case, outsourcing and selling new stock immediately, with very little use for the raw materials in its warehouse.

16.    Debtor seeks to establish the following values of the personal property subject to perfected lien interests, totaling $166,090.00:

    a.  Inventory, furnishings, equipment & fixtures: $107,900 (combined sale value of i-iii)

       i.  Embroidery equipment and fixtures: $7,900;

      ii.  Roq 6018GTunnel Gas Dryer: $18,708.58; and

     iii.  All other inventory, furnishings, equipment and fixtures: $81,291.42;

    b.  Intangibles: $15,000 (sale value); and

    c.  Accounts Receivable: $43,190.00 (face value on petition date).

17.    Excluding the purchase money lien interest of $18,708.58 from the total, Debtor asserts that the combined liquidation value of all collateral subject to blanket lien interests is $147,381.42.

**ENCUMBRANCES**

18.    Creditor, First Citizens Bank Equipment Financing ("First Citizens"), holds a fully secured, undisputed, perfected first position purchase money lien on a ROQTunnel 25' Gas Conveyor Dryer by virtue of the filing of a UCC-1 on October 1, 2019. First Citizens filed claim No. 14 in the amount of $18,708.58, in connection with the equipment finance loan.

19.    Creditor, Bankers Small Business Community Development Corp. of CA. ("Bankers"), holds a fully secured, undisputed, perfected first position blanket lien on the Debtor's accounts, inventory, furnishings, fixtures, equipment and intangibles by virtue a UCC-1 filed August 8, 2019 (document number 80747960002). Bankers filed claim No. 8 in the amount of $83,691.97.

20.    Creditor, CDC Small Business Finance ("CDC") holds a partially secured, perfected second position blanket lien on the Debtor's accounts, inventory, furnishings, fixtures, equipment and intangibles by virtue of the filing of a UCC-1 on August 8, 2019 (document number 80747970002).

CDC filed claim No. 9 in the amount of $191,796.83. Debtor seeks to value CDC's secured claim in the amount of $63,689.45, commensurate with the collateral value remaining after payment of superior claims, and to classify the remainder of CDC's claim as unsecured.

21.     Creditor, U.S. Small Business Administration ("SBA"), filed UCC-1 statements on April 10, 2020 and on May 26, 2022, purporting to secure blanket lien interests in connection with a $435,000 EIDL issued April 2020 and $62,600 EIDL issued May 6, 2022. SBA's claims were scheduled as disputed on Schedule D. SBA did not file a claim. SBA's lien is not supported by equity in collateral. Debtor seeks to avoid the SBA's lien and makes no provision for an unsecured claim.

22.     Creditor, Celtic Bank ("Celtic"), through Stripe Servicing, Inc, filed a UCC-1 July 29, 2022, purporting to secure a blanket lien in connection with a $185,000 merchant advance loan. Celtic's claim was scheduled as disputed on the Debtor's Schedule D. Celtic did not file a claim. Celtic's lien is not supported by equity in collateral. Debtor seeks to avoid Celtic's lien and makes no provision for an unsecured claim. Celtic is an FDIC insured institution.

23.     Creditor, Swift Financial ("Swift"), filed a UCC-1 February 19, 2021, purporting to secure a blanket lien in connection with a merchant advance loan. Swift filed claim No. 1 in the amount of $130,241.73 as fully secured. There is no equity in the collateral to support Swift's lien. Debtor seeks to avoid Swift's lien interest entirely, and to reclassify Claim No. 1 as a general unsecured claim.

24.     Creditor, Retail Capital d/b/a Credibly ("Credibly"), filed a UCC-1 on March 21, 2022, purporting to secure a blanket lien interest in the Debtor's property in connection with a merchant advance loan. Credibly filed claim No. 16 in the amount of $219,990.84, as fully secured. There is no equity in the collateral to support Credibly's lien interest. Debtor seeks to avoid Credibly's lien interest entirely and to reclassify the claim as a general unsecured claim.

## CONCLUSION

25.     In section 506(a), the Bankruptcy Code provides that secured claims are limited to the extent of the creditor's interest in the estate's interest in the collateral and unsecured to the extent such value is less than the total allowed claim.

26.     Debtor's proposed valuations are inherently reasonable, as they are determined by the market in the form of sale offers that fall within the range of the appraised value for the assets.

27.     Through this Motion, Debtor seeks a determination that the assets enumerated in paragraph 6 are not subject to any perfected lien interest, to establish the value of collateral subject to perfected lien interests as set forth in paragraph 16, to bifurcate CDC's claim under 506(a) as set forth in paragraph 21, to determine that all junior lien interests described in paragraphs 22 through 25 are void and extinguished automatically and satisfied in full, reclassifying any allowed claims of such lienholders as general unsecured claims.

**WHEREFORE**, Debtor respectfully requests that this Court, pursuant to 11 U.S.C. § 506(a) and Bankruptcy Rule 3012 render an Order:

a)  Valuing the collateral subject to perfected lien interests as follows: embroidery equipment and fixtures previously sold - $7,900; Accounts receivable - $43,190.00; intangible assets - $15,000; ROQ 6018GTunnel Gas Dryer - $18,708.58; and all remaining inventory, equipment, furnishings and fixtures - $84,291.42;

b)  Determining that no perfected lien interest exist in any other estate assets;

c)  Determining that First Citizens has a first priority lien on the Roq 6018GTunnel Gas Dryer;

d)  Determining that Banker's Small Business Community Development Corporation of California's claim is fully secured with a first priority blanket lien;

e)  Determining that CDC Small Business Finance holds a second position blanket lien, secured in the amount of $63,689.45, and reclassifying the remainder of its claim as a general unsecured claim;

f)  Determining that U.S. Small Business Administration's lien is wholly unsecured, void and extinguished automatically and satisfied in full, without further order of the Court;

g)  Determining that Celtic Bank's lien is wholly unsecured, void and extinguished automatically and satisfied in full, without further order of the Court;

h) Determining that Swift Financials' lien is wholly unsecured, void and extinguished automatically and satisfied in full, without further order of the Court, and reclassifying its claim as a general unsecured claim;

i) Determining that Retail Capital's lien is wholly unsecured, void and extinguished automatically and satisfied in full, without further order of the Court, and reclassifying its claim as a general unsecured claim; and

j) Providing such other and further relief as is just.

      **I HEREBY CERTIFY** that the foregoing Motion has been forwarded this 24th day of July, 2023 to the all parties who receive notice via CM/ECF and as indicated on the Service List below.

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A).

LAW OFFICES OF MALINDA L. HAYES
Attorney for Debtor
378 Northlake Blvd., Suite #218
North Palm Beach, FL 33408
(561) 537-3696
malinda@mlhlawoffices.com

By: */s/ Malinda L. Hayes, Esq*
    MALINDA L. HAYES, ESQ.
    Florida Bar No. 0073503

<u>**Service List:**</u>
**The following were served via U.S. First Class Mail, Postage Pre-Paid:**

Banker's Small Business Community Dev. Corp.
Attn: Shelli Hayman, Senior Vice President
2448 Historic Decatur, Ste 200
San Diego, CA 92106

Retail Capital LLC d/b/a Credibly
1501 W Fountainhead Parkway, Ste 630
Tempe, AZ 85282

CDC Small Business Finance
c/o Aldridge Pite, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

U.S. Small Business Administration
Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth TX 76155-2243

STRIPE SERVICING INC
199 WATER ST FLOOR 30
NEW YORK NY 10038-3591

Swift Financial LLC
PO BOX 208703
Dallas, TX 75320

**FDIC Insured Institution, served via certified mail in accordance with Rule 7004(h):**
Celtic Bank
c/o Reese Howell, Jr CEO
268 S State St, Ste 300
Salt Lake City, UT 84111

**Exhibit A**

## Appendix A - Detail Listing of Equipment

**Ms. Christine Bell, 2448 Historic Decatur, Ste 200, San Diego, CA 92106**

Inspected:    4/19/2023

| Qty | Description | Additional Description | Forced Liquidation Vale | Fair Market Value |
|---|---|---|---|---|
| 1 | ROQ YOU P16 XL 12 color 16 station screen printer | | $25,000.00 | $50,000.00 |
| 1 | M&R Sportsman 8 color 10 station screen printer | | $6,500.00 | $12,000.00 |
| 1 | Epson DTG Printer DTG F2100 | | $2,000.00 | $4,500.00 |
| 1 | ROQ 6018G Tunnel Gas Dryer | | $14,500.00 | $31,000.00 |
| 1 | Hot ROQ-It XL Dryer (Electric) not working | | $1,500.00 | $4,000.00 |
| 1 | Wide Format Printer | Roland TruVis 480 | $1,500.00 | $3,500.00 |
| 1 | Clark 25E Forklift | | $4,000.00 | $5,500.00 |
| 1 | 2010 Ford Transit connect | License Plate: 80819W2  / Mileage: 226155 | $1,200.00 | $2,000.00 |
| 1 | Tajima1 | Embroidery machines | $1,500.00 | $4,000.00 |
| 1 | Tajima2 | Embroidery machines | $1,500.00 | $4,000.00 |
| 1 | 2007 Toyota Siena Minivan | License Plate: 7X68279 / Mileage: 238,283 | $1,500.00 | $2,200.00 |
| 1 | Power Horse Dryer (Electric) | Dryer | $800.00 | $1,500.00 |
| 1 | Compressor | Compressor | $2,000.00 | $2,800.00 |
| 1 | Stahl's Fusion 16X20 | Heat Press | $600.00 | $1,300.00 |
| 1 | Tajima3 | Embroidery machines | $1,500.00 | $4,000.00 |
| 1 | Rapid Tag 1-Color Press | Rapid Tag | $1,500.00 | $2,500.00 |
| 1 | Manual Press | 8 heads (only 1 good, the rest are out of reg) | $500.00 | $750.00 |
| 1 | Ink Mixer | M&R Ink Mixer | $175.00 | $380.00 |
| 1 | Random Press | Manual Press | $175.00 | $350.00 |
| 3 | Reclaimed Wood Mobile Walls | | $75.00 | $150.00 |
| 6 | Stationary Racks | | $210.00 | $300.00 |
| 6 | Storage Racks | Stationary racks/shelves | $210.00 | $300.00 |
| 3 | Computers | 2 basic monitors, 1 Mac computer | $450.00 | $600.00 |
| 2 | Small 5X5 | Heat Press | $125.00 | $250.00 |
| 2 | Hat Press | Heat Press | $125.00 | $250.00 |
| 1 | Hot Tronix (kinda janky) | Heat press | $125.00 | $250.00 |
| 1 | Stahl's Hotronix 15X15 | Heat Press | $125.00 | $250.00 |
| 1 | 3 desks, 3 bookshelves, 2 printers, 2 computers, binders, office supplies, etc | | $150.00 | $250.00 |
| 9 | Work Tables | Custom built on wheels | $315.00 | $450.00 |
| 4 | Heat Presses | 3 small, 1 large | $100.00 | $200.00 |
| 1 | Wash Tank | Dirty, good condition | $50.00 | $100.00 |
| 1 | Table | Custom built | $35.00 | $50.00 |
| 1 | Refridgerator, microwave, water d | 1 each | $100.00 | $150.00 |
| 2 | Tables | Hella heavy | $100.00 | $150.00 |
| 25 | Rolling Racks | | $625.00 | $1,000.00 |
| 16 | Rolling Racks | Rolling Racks | $400.00 | $640.00 |
| 7 | Shelves | Custom tucker-built | $70.00 | $140.00 |
| 4 | Strobes | Good condition | $100.00 | $140.00 |

## Appendix A -  Detail Listing of Equipment

**Ms. Christine Bell, 2448 Historic Decatur, Ste 200, San Diego, CA 92106**

Inspected:     4/19/2023

| Qty | Description | Additional Description | Forced Liquidation Vale | Fair Market Value |
|---|---|---|---|---|
| 3 | Desks | 2 L-Shaped, 1 simple ikea | $45.00 | $75.00 |
| 3 | Desktop computers | 2 non-Mac, 1 Mac | $450.00 | $600.00 |
| 2 | Dolly/cart | good condition | $50.00 | $80.00 |
| 2 | Desks | 1 L-shaped sit/stand, 1 basic metal | $50.00 | $100.00 |
| 1 | Embrodiery Framing Machine | By the roll up door in unit 4 | $38.00 | $75.00 |
| 1 | Flatscreen | New, good condition. maybe 40" | $75.00 | $125.00 |
| 1 | Computer | | $75.00 | $125.00 |
| 1 | Printer | Xerox Phaser | $25.00 | $50.00 |
| 4 | Work Stations | Custom built | $60.00 | $100.00 |
| 3 | Pallet jacks | good condition | $300.00 | $375.00 |
| 6 | Shelves | Shelves | $60.00 | $90.00 |
| 4 | Dolly | Misc Tools | $60.00 | $100.00 |
| 3 | Backdrops | Various color paper, ok condition | $15.00 | $30.00 |
| 3 | Box label printers | | $30.00 | $45.00 |
| 2 | Steamers | | $50.00 | $70.00 |
| 1 | Table | Good condition | $25.00 | $50.00 |
| 1 | Large Mirror | vintage, 6' | $35.00 | $50.00 |
| 12 | Carts | Rolling carts used for print jobs | $300.00 | $420.00 |
| 8 | Chairs, benches, stools, rugs | Mis matched | $80.00 | $120.00 |
| 4 | Stands | use for lights | $40.00 | $60.00 |
| 3 | Tripod | Good condition | $45.00 | $60.00 |
| 2 | Stair Ladder | 6'x6'x3' | $30.00 | $45.00 |
| 2 | Monitors | non-Mac | $20.00 | $30.00 |
| 1 | Sewing machines | Sewing Machines | $50.00 | $75.00 |
| 1 | Stereo + Speakers | | $25.00 | $35.00 |
| 2 | Sandbags | weights | $20.00 | $30.00 |

4/16/2023

_____

Jeff Bloom, GPPA   $73,493.00  $144,915.00
(s) *Jeff Bloom*

| | | |
|---|---|---|
| Labor and advertisi | $7,500.00 | |
| Commission 15% | $11,023.95 | |
| Net FLV | $54,969.05 | |

<u>**EXHIBIT B**</u>

Michael Givvin

President

717 Whitney Street

San Leandro, CA 94577

Email: mike@experiencethefrog.com

Phone: 510-347-3764 ext. 210

6/29/2023


Re: Motion to Purchase tangible and Intangible Assets - Brand Marinade, LLC (Debtor-in-Possession)


Dear Malinda,


I, Michael Givvin, on behalf of Double V Industries, Inc., hereby submit this Letter of Intent as a motion to purchase specific intangible assets from Brand Marinade, LLC, the debtor-in-possession in the ongoing bankruptcy proceedings. Intangible assets we are looking to purchase:

1)Trade Name: "Brand Marinade"

2)Web Domain: www.brandmarinade.com

3)Associated Email Accounts

4)All Social Media Accounts

5)Business Phone Number

6)Copyrights owned by Brand Marinade, LLC related to their products, marketing materials, or creative works.

7)Trademarks registered under Brand Marinade, LLC, including logos, slogans, or specific product names.

8)Customer Database owned by Brand Marinade, LLC, which includes customer contact information, purchase history, and other relevant data.

9)Intellectual Property, including any patents, inventions, or proprietary technology owned by Brand Marinade, LLC.

10)Licenses and Permits necessary for operating the business, such as permits for specific industries, regulatory approvals, or professional certifications.

11)Goodwill associated with the reputation, customer loyalty, and brand recognition of Brand Marinade, LLC.

As an interested party, Double V Industries is prepared to offer a total purchase price of $15,000 for the above assets. We propose to make an initial payment of $15,000 within seven (7) days from the date of court approval of the sale.

We would also like to express our interest in acquiring all tangible assets associated with Brand Marinade, LLC, including all production equipment (listed below), shelving, racking, ink, thread, and any other physical assets that contribute to the operations of the business. We propose a purchase price of $100,000 for these tangible assets, with an initial payment of $50,000 to be made promptly upon court approval of the sale, and a subsequent payment of $50,000 to be paid within 75 days of court approval. Following is a partial list of the tangible assets we are requesting to acquire:

1)ROQ YOU XL 12 COLOR 16 STATIOn-RPB-1853

2)ROQ EVOLUTION 14400XL SMART FLASH-RDR-7725

3)ROQ EVOLUTION 14400XL SMART FLASH-RDR-7724

4)ROQ ECO 14400XL STANDARD FLASH-RDR-7848

5)ROQ 4518G TUNNEL GAS DRYER-RTN-1119

6)ROQ PRU REGISTRATION SYSTEM-N/A

7)ROQ 17" IRON-RPI-1521

8)HOTROQIT XL 54" BELT - 10.25' ELECTRIC DRYER-RYT-000191

9)M&R SPORTSMAN 8 COLOR 10 STATION-161810082036A

10)M&R RED CHILI FLASH-061185032R

11)M&R RENO HW FLASH-040665998R

12)RAPIDTAG 1C / LP-1C-2F-5P - 1 COLOR 4 STATION-0124202010434MG

Thank you for your attention to this matter.


Sincerely,


Michael Givvin

President

Double V Industries